1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYANN URCHURTU,<br><br>                Plaintiff,<br><br>   v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>                Defendant. | Case No. 4:24-cv-00474-KAW<br><br>(Hon. Kandis A. Westmore)<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[FRCP 41(a)(1)]<br><br>Complaint Filed: January 25, 2024 |

**[PROPOSED]** **ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear her and its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: December 13, 2024

*/s/ Kandis Westmore*
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE